In the Matter of the Petition of MARGARET GIBBONS to Vacate an Assessment for Regulating, Grading, etc., Lexington Avenue, Between One Hundred and Second Street and Harlem River.

(Argued December 1, 1890; decided December 16, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made May 23, 1890, which affirmed an order of Special Term denying a motion to vacate an assessment.

*James A. Deering* for appellant.

*David J. Dean* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

MANLY W. MOREY et al., Respondents, *v.* CHARLES F. WALKER et al., Appellants.

MANLY W. MOREY et al., Respondents, *v.* CHARLES F. WALKER et al., Appellants.

(Argued December 1, 1890 ; decided December 16, 1890.)

APPEALS from orders of the General Term of the Supreme Court in the third judicial department, made May 26, 1890, which affirmed orders of the county judge of Rensselaer county denying applications to vacate attachments.

*Frank S. Black* for appellants.

*Henry A. Merritt* for respondents.

Agree to dismiss appeals; no opinion.
All concur.
Appeals dismissed.